## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

**RANDY R. CARSON**

**VERSUS**

**DR. R. INGLESE, ET AL.**

**CIVIL ACTION**

**NO. 09-0016**

**SECT. F, MAG. 1**

## <u>AFFIDAVIT OF DR. RICHARD INGLESE</u>

**STATE OF LOUISIANA**

**PARISH OF ST. TAMMANY**

 **BEFORE ME,** Notary Public, came and appeared Dr. Richard Inglese, Medical Director of the St. Tammany Parish Sheriff's Office, who after being duly sworn did depose and state:

1.  I am Dr. Richard Demaree Inglese and I have a M.D. degree from the University of Pennsylvania School of Medicine and I am licensed to practice medicine in the state of Louisiana.

2.  I have qualified as an expert in both state and federal courts in the areas of internal medicine, correctional health care, infection control, HIV, Hepatitis C, and Tuberculosis.

3.  I have the qualifications set forth in the attached Curriculum Vitae.

4.  Among my other duties, I am the Medical Director of the St. Tammany Parish Sheriff's Office and I know the facts set forth in this affidavit of my own personal knowledge.

5.     I have personally reviewed the St. Tammany Parish Jail Medical Records of inmate Randy Ray Carson.

6.     I have prepared a report on his medical treatment and it is attached to this affidavit.  The facts set forth in the attached report are true and the opinions stated therein are my true opinions.


Richard Demaree Inglese, M.D.
St. Tammany Parish Jail
Medical Director


Sworn to and subscribed before me,
This _7th_ day of September, 2009.

R. Bradley Lewis (Bar No. 08657)
Notary Public

2

# CURRICULUM VITAE

## RICHARD INGLESE, M.D.

**GENERAL INFORMATION:**

Date of Birth:   25 September 1965
Home Address: 1314 Napoleon Avenue
                      Unit #8
                      New Orleans, LA 70115

Work Phone:  (985) 276-1050
Home Phone:  (504) 251-6372

**CURRENT EMPLOYMENT:**

### St. Tammany Parish Sheriff's Office
Medical Department
1200 Champagne St.
Covington, LA  70433
(April 1, 2004 – present)

**Medical Director:**

The St. Tammany Parish Sheriff's Office (STPSO) is a medium-sized county (parish) jail which books approximately 20,000 persons annually and supports a resident population of 1300 inmates.  On April 1, 2004, I was appointed Medical Director for STPSO.  Prior to my appointment, health care services at the jail were contracted from a private physician group. Upon my arrival, I designed, hired, and trained an entire on-site medical staff.  The department provides general medical, dental, and psychiatric care to inmates and also supports numerous ancillary health-related functions:  quality improvement, education and training, infection control, employee health, medical supply, on-site pharmaceutical services, laboratory services, x-ray services, referral scheduling, and medical records.  All of these services are new to the jail, implemented under my supervision as Medical Director.  The jail and its Medical Department were devastated by Hurricane Katrina in August of 2005. I supervised the rebuilding of the department post-storm.  Currently, Medical Department personnel include the Medical Director, a Medical Administrator, 6 physicians, 1 psychiatrist, 1 nurse practitioner, 2 dentists, 16 nurses, and seven additional support staff.

**Orleans Parish Criminal Sheriff's Office (OPCSO)**
2800 Gravier St.
New Orleans, LA  70119
(July 2006 – present)

**Staff Internist / Infectious Disease Specialist:**

Following Hurricane Katrina, OPCSO lost many resources assisting with the care of inmates with HIV, Tuberculosis, and Hepatitis C infections.  In specific, OPCSO lost their entire Infection Control Department and all staff physicians experienced in the treatment of infectious diseases.  The jail also lost access to Charity Hospital's HIV Outpatient Clinic, and the city's Office of Public Health was decimated by the storm. I volunteer as part-time staff in order to provide inmates with a practitioner experienced in the treatment of these diseases. Prior to hurricane Katrina, I sat on the AIDS Planning Council, helping to procure funding for HIV treatment in incarcerated populations.

**Tulane University School of Medicine**
New Orleans, LA  70118
(Nov. 2000 – present)

**Assistant Professor of Medicine:**

As part of the General Internal Medicine faculty, I participate directly in patient care.
In addition, I have an active role in medical education, supervising both residents and medical students at the Medical Center of Louisiana, New Orleans, and at STPSO.  I am also an instructor in the *Foundations in Medicine* course for first year students and assist with medical school admissions, interviewing potential applicants to the program.  My services to Tulane are provided gratis.

**Medical Consultation**
Self employed
(July 2000 – present)

**Medical Consulting / Expert Witness:**

For the past five years, I have worked as an independent contractor, providing consultation services to numerous agencies in need of medical opinions.  I have consulted with various parish and state correctional facilities, evaluating medical operations, medical budgets, pharmacy services, compliance with accreditation standards, and adherence to prevailing standards of medical care.  I also regularly provide medical consultation to several legal firms, performing chart reviews and testifying as an expert witness.  I have been qualified as a medical expert in the areas of internal medicine, emergency medicine, correctional health

2

care, infection control, infectious disease, HIV, Hepatitis C, and Tuberculosis. While my focus is primarily medical malpractice (and medical-related section 1983 claims), I have also testified as an expert in criminal court, working with the Louisiana State Attorney General's Office as well as the City of New Orleans Public Defender's Office. Finally, I have served as a "sentinel event" investigator for the Surgeon General of the United States Air Force.

**Author**
(September 2006 – present)

In July 2007, Kensington Publications released *No Ordinary Heroes*, the true story of the Orleans Parish Jail during and after Hurricane Katrina. I authored the 332 page, hard-cover book which made local bestseller lists after its first week of release. The story chronicles the actions of the OPSCO medical staff as we struggled to survive the storm and its harrowing aftermath. Without power or water, and cut off from outside assistance, the medical staff worked to care for more than 7,000 inmates, deputies, families, and local residents. However, as the flood water rose, supplies dwindled, and inmate rioting escalated, conditions deteriorated rapidly inside the jail, and the staff found themselves in a fight for survival. Written in the style of a thriller, *No Ordinary Heroes* vividly recreates six days which felt like an eternity to the dedicated men and women who worked to the breaking point and beyond. Plans for a major motion picture are underway. Additionally, I have begun work on my second book, a medical thriller.

**Office of Public Health**
TB Control Section
325 Loyola Avenue  P.O. Box 60630
New Orleans, LA  70160
(July 2002 – present)

Since the summer of 2002, I have provided medical services free of charge to the Region 1 Office of Public Health, staffing tuberculosis screening and treatment centers within the city of New Orleans. My duties include direct patient care, training and education of patients and clinic staff, and representing OPCSO on the *Governor's Task Force on Tuberculosis*.

**PREVIOUS EMPLOYMENT:**

**Orleans Parish Criminal Sheriff's Office**
Medical Administration
2800 Gravier St.
New Orleans, LA 70119

**Medical Director:**
(Feb. 2000 – July 2006)

Prior to Hurricane Katrina, The Orleans Parish Criminal Sheriff's Office (OPCSO) was one of the largest jails in the United States, processing approximately 105,000 persons each year. Nearly 6,000 inmates were incarcerated with OPCSO at any one time. The Medical Director was responsible for the health care of those inmates and oversaw the entire Medical Department which was quite large, employing 16 full-time physicians, 8 dentists, 2 podiatrists, 70 nurses, 15 medical assistants, and over 30 additional support personnel. With an operating budget of 11 million dollars, the department was expansive, maintaining the following medical facilities on-site: an acute care clinic, a skilled nursing facility, an in-patient psychiatric unit, 12 separate general medicine clinics, a diabetic housing unit, and a housing unit for individuals with advanced HIV disease. Likewise, OPCSO offered a broad range of medical services including emergency medical care, medical sick-call, psychiatry, general dentistry, OB/GYN, orthopedics, physical therapy, podiatry, and various chronic care medical clinics (Asthma Clinic, Cardiology Clinic, Diabetic Clinic, Epilepsy Clinic, Hypertension Clinic, and Internal Medicine Clinic). In addition, OPCSO had a large Infection Control Department which supported an active Tuberculosis Clinic, HIV Clinic, Hepatitis Clinic, and Sexually Transmitted Disease Clinic.

The Medical Director provided leadership for the entire department overseeing medical care, developing new programs, implementing new policies, supervising daily operations, and integrating medical services with security functions. The Director was responsible for each division of the Medical Department: Administration, Quality Improvement, Education and Training, Infection Control, Medical Supply, Primary Care, General Dentistry, Psychiatry, and Social Services. Additionally, the Medical Director served as liaison to various external organizations including regional medical centers, local medical schools, community-based health care programs, the Office of Public Health (OPH), and other state and federal correctional facilities. The Director negotiated and monitored contracts with those outside agencies. The Medical Director maintained an active presence in the community, supervising several public health programs, administrating a satellite clinic for OPH, recruiting at local nursing schools, and participating in various public relations programs. The Director supported various grants and research initiatives in conjunction with OPH, the Centers for Disease Control, and local medical schools.

Following Katrina, I supervised the rebuilding of the jail's Medical Department for nearly a year. The jail had been destroyed by the storm, and I guided the redesign of the Medical Department in a city with crippled health care resources. During this year, the jail grew from 83 inmates in October of 2005 to 2,200 inmates by July of 2006 when I left my position as Medical Director to pursue other interests.

**Interim Medical Administrator:**
(July 2001 – July 2002)

The Medical Administrator supervised the daily operations of the Medical Department overseeing the various components: Clinic Operations, Credentials, Education and Training, Infection Control, Information Management, Medical Supply, Nursing Services, Quality Improvement, and Medical Records. The Administrator also monitored ancillary services such as dietary, emergency transport, lab, pharmacy, waste management, and x-ray services. Additionally, the Administrator was intimately involved with personnel issues including staffing, scheduling, payroll, and disciplinary matters. The Medical Administrator coordinated all department functions to ensure orderly operation.

**Director of Infection Control:**
(Feb. 2000 – July 2006)

The Orleans Parish Criminal Sheriff's Office maintained a large Infection Control Department to prevent and/or treat communicable diseases among inmates and facility staff. Twenty percent of inmates had latent tuberculosis infection, five percent were infected with HIV, and thirty percent carried the hepatitis C virus. Consequently, the Director oversaw active Tuberculosis, HIV, Hepatitis, and Sexually Transmitted Disease Clinics. The Director was also responsible for infectious disease consultations within the facility and for maintaining employee immunization and in-service training records.

**West Jefferson Medical Center**
Marrero, LA  70072
(June 1999 – Feb 2000)

**Hospitalist:**

In this position, I functioned as the sole hospitalist for a private medical group consisting of nine physicians and one nurse practitioner. I was responsible for the admission, discharge, and daily management of patients admitted from our group and from the Emergency Department. This included patients admitted to the medical floor as well as patients admitted to the Intensive Care and Cardiac Care Units. In addition to my role as primary attending physician, I had an extensive role as medical consultant. I was routinely consulted to see our group's patients in the Emergency Department. I also followed our patients after their admission to other primary services such as cardiology, orthopedics, or rehabilitation medicine. Lastly, I maintained an active outpatient clinic consisting of recently discharged patients.

**Malcolm Grow USAF Medical Center**
89th Medical Group
Andrews AFB, MD  20762
(July 1996 – June 1999)

**Staff Internist:**

My primary duties in this 185 bed hospital included the following:  I served as attending physician to the Intensive Care Unit, the Cardiac Care Unit, and the general medicine ward. Furthermore, I functioned as internal medicine consultant to the Emergency Department, Primary Care Department, and the Departments of Surgery and OB/GYN, while also acting as *Medical Admitting Officer of the Day*.  I was the primary care provider for 1000 outpatients, but also staffed an acute care clinic.  In addition, I supported the medicine subspecialty clinics by performing flexible sigmoidoscopy and exercise-treadmill testing (over 1000 performed).

**Internal Medicine Training Officer:**

Malcolm Grow Medical Center was a teaching hospital which supported 30 family practice residents, 10 transitional internship residents, and medical students from the Uniformed Services University of the Health Sciences (USUHS).  As internal medicine training officer, I oversaw medical curriculum for the ICU, CCU, medicine ward, and ambulatory medicine rotations.  Also, I served as course director for the internal medicine lecture series. (I personally delivered 48 of the 240 yearly lectures and developed 7 syllabi for the course.) In addition, I worked closely with medical students from USUHS, directing a second year *Physical Diagnosis* course and all fourth year subinternships in the Department of Medicine.

**Critical Care Air Transport (CCAT)Team Leader:**

CCAT teams are tasked with the air transportation of seriously injured or critically ill patients. These operations involve both short-distance air lifts and long-distance, intercontinental, air transports.

**Additional Duties:**
Director, Cardiovascular Stress Testing
Course Director, Advanced Cardiac Care:  Physiology, Dysrrhythmias,
          and ACLS Interventions
Course Director, Advanced Cardiac Life Support
Interviewer, USUHS Admissions Committee
Instructor, Critical Care Nursing Course
Basic Life Support Instructor
Health Records Committee Member

**USAF Hospital / 51st Medical Group**
Osan Air Base, Republic of Korea
(July 1995 – July 1996)

**Chief, Medical Services Flight:**

The Chief of Medical Services Flight supervised the Primary Care Clinic, Internal Medicine Clinic, and the Emergency Department at the USAF Hospital Osan. This facility provided 68,000 outpatient visits and 850 inpatient admissions per year. The flight chief also oversaw both the 25-bed, inpatient, medical ward and the outpatient records department.

**Chief, Internal Medicine:**

The Chief of Internal Medicine coordinated the department which included general internal medicine, cardiology, neurology, and dermatology. Furthermore, I served as the primary internal medicine consultant to Air Force medical practitioners in Korea. Other duties included arranging all medical air evacuations from Osan Air Base, as well as personally accompanying all emergent air evacuations.

**Chief, Disaster-Casualty Team:**

As team chief, I organized and trained a medical unit to function as a disaster-response team. This unit was also prepared to function as a wartime treatment crew. I served as the primary instructor, training members in advanced trauma life support, the treatment of battlefield injuries, and the management of chemical warfare casualties.

**Additional Duties:**

"Medical Officer of the Day"- intermittent duty as primary Emergency Department physician
Director, Laboratory Medicine
Director, Coumadin Clinic
Director, Tuberculosis Clinic
Chemical warfare consultant to the 51st medical group

Committee Member:
        Executive Committee of the Medical Staff
        Pharmacy and Therapeutics
        Credentials Committee

Educational Duties:
        Course Director, Advanced Cardiac Care:  Physiology, Dysrrhythmias,
            and ACLS Interventions
        Course Director, Advanced Cardiac Life Support
        Director, medical student education
        Instructor, National Registry of Emergency Medical Technicians

**ACADEMIC APPOINTMENTS:**

Tulane University School of Medicine
New Orleans, Louisiana
Assistant Professor of Medicine
November 2000 -- present

Uniformed Services University of the Heath Sciences
F. Edward Hebert School of Medicine
Bethesda, Maryland
Assistant Professor of Medicine
July 1996 – June 1999

Dan Kook University
College of Medicine
Suwan, Republic of Korea
Clinical Assistant Professor
March 1996 -- present

University of Maryland, Asian Division
Osan Air Base, Republic of Korea
Instructor, Human Biology
March 1996 -- May 1996

**EDUCATION:**

1992-1995   USAF Medical Center Keesler
Keesler AFB, MS
Internal Medicine Residency

1987-1992   University of Pennsylvania School of Medicine
Philadelphia, Pennsylvania
Medical Doctorate
Distinctions: Health Professions Scholarship Program Recipient

1983-1987   Case Western Reserve University
Cleveland, Ohio
Bachelor of Arts in Chemistry

Distinctions:   Summa cum Laude
Phi Beta Kappa
The Freshman Chemistry Achievement Award
(Outstanding Student in Freshman Chemistry)
The Merck Index Award
(Outstanding Student in Organic Chemistry)
The Lubrizol Corporation Award
(Top Graduate in Chemistry)
Ukrainian Association Scholarship
(Academic Achievement)
Western Reserve Scholar; Dean's List

**SPECIALIZED TRAINING:**

Trauma and Emergency Medicine
Critical Care Air Transport Course, School of Aerospace Medicine, Brooks AFB, TX, 1997
96 CME hours of instruction on the stabilization, management, and transportation of critically ill patients
Fundamental Critical Care Course, Society of Critical Care Medicine, Brooks AFB, TX, 1997
Staff Physician, Emergency Department, 51st Medical Group, Osan AFB, ROK, 1995-96
Over 400 hours as primary Emergency Department physician
Disaster-Casualty Training, Osan AFB, ROK, 1995-96
75 hours of specialized training on the treatment of mass casualties, battlefield injuries, and victims of multiple trauma
Primary physician for Emergency Air Evacuation, Osan AFB, ROK. 1995-96
Over 100 hours of patient transport time; Experienced in both airplane and helicopter transport
Combat Medicine/Medical Readiness Training 1996, 1995
Combat Casualty Care Course, Camp Bullis, TX, 1995
Advanced Trauma Life Support, Brook Army Medical Center, TX, 1995

Chemical Warfare Training
Chemical Warfare Consultant to the 51st Medical Group, Pacific Air Command, ROK, 1995-96
Expert in the management of chemical warfare injuries
Medical Red Flag Training, Davidsonville, MD 1997
Chemical Warfare Training, Camp Bullis ,TX 1995
Chemical and Biologic Defense Training, 1998, 1996, 1995

Hyperbaric and Hypobaric Medicine
The School of Aerospace Medicine, Brooks AFB, TX, 1997,1988
Chamber Medical Attendant, The Institute for Environmental Medicine
University of Pennsylvania Medical Center, Philadelphia, PA, 1988-92

**MILITARY SERVICE:**

| | |
|---|---|
| 1999 | Honorably discharged from the USAF |
| 1998 | Promoted to the rank of Major |
| | Served as Internal Medicine Consultant to the Surgeon General of the Air Force as a *Medical Incident Investigator* |
| | Awarded the Air Force Achievement Medal |
| 1996 | Assigned to Malcolm Grow USAF Medical Center, Andrews AFB, MD |
| | Awarded the Air Force Commendation Medal |
| 1995 | Assigned to USAF Hospital Osan, Osan Air Base, Republic of Korea |
| | Attended Combat Casualty Care Course, Camp Bullis, TX |
| 1992 | Promoted to the rank of Captain |
| | Assigned to USAF Medical Center Keesler, Biloxi, MS |
| 1988 | Attended the School of Aerospace Medicine, Brooks AFB, TX |

1987    Commissioned 2nd Lieutenant, U.S. Air Force Reserve
        Attended Officer Indoctrination School, Lackland AFB, TX
            Distinguished by election to both Honor Flight and Honor Squadron

## PROFESSIONAL HONORS / AWARDS:

| | |
|---|---|
| May 2008 | Invited to be the *Commencement Speaker* for the May 2008 graduating class of Delta College in Covington, Louisiana. |
| November 2007 | Selected as an "Everyday Hero" by the Sirius Radio *Catholic Channel*, *Seize the Day* with host Gus Lloyd. |
| October 2007 | Invited as the *2007-08 Guest Lecturer* for the Larry A. Jackson Lecture Series, an annual event at Lander University, Greenwood, SC. |
| September 2007 | Invited to be the *Commencement Speaker* for the September 2007 graduating class of Delta College in Covington, Louisiana. |
| August 2007 | *No Ordinary Heroes* made the local bestsellers list after the very first week of release (*DMA Bestsellers List*, Nielsen and Booksmart). |
| June 2007 | Chosen as on of six authors to represent Kensington Publications at the annual *Book Expo America* in New York City. |
| February 2007 | Presented with a *Commendation Medal*, the highest honor bestowed by the Orleans Parish Criminal Sheriff's Office, for *Outstanding Service to the Citizens of Orleans Parish* for "outstanding leadership and courage" during and after Hurricane Katrina. |
| November 2006 | Invited to be the *Key Note Speaker* at the Maryland Correctional Administrators Association (MCAA) annual meeting; Ocean City, MD. |
| August 2006 | Selected as one of seven first responders to be recognized at the *Prayer Breakfast for First Responders*. The meeting honored OPCSO staff, New Orleans Police Department officers, New Orleans firefighters, and city EMS personnel who served as first responders during Hurricane Katrina and its aftermath. |
| August 2006 | Chosen from city law enforcement officers and emergency services personnel by the *Historic New Orleans Collection* to be part of a perpetual museum exhibit documenting the actions of first responders during Hurricane Katrina. An audio recording of each responder's actions remains on permanent display in the museum. |
| January 2004 | Presented with a *Certificate of Merit* from Mayor Ray Nagin for *Outstanding and Dedicated Service to the Orleans Parish Criminal Sheriff's Office*. |
| July 2004 | Recognized by the National Commission on Correctional Health Care (NCCHC) for excellence in correctional medicine, designing a jail medical department which delivered exceptional medical care at reduced cost. |

| July 2003 | Recognized by the U.S. Department of Justice (in conjunction with the Federal Bureau of Prisons, the U.S. Marshals Service, and the Immigration and Naturalization Service) following a facility inspection ["Conditions of Confinement Review (CCR)"] for excellence in inmate health care; the OPSCO Medical Department ranked 1st out of the 41 facilities audited. |
|---|---|
| September 1998 | Awarded the *Air Force Achievement Medal* for an *Act of Courage* while serving at the 89th Medical Group, Andrews AFB, MD. |
| September 1996 | Awarded the *Air Force Commendation Medal* for *Meritorious Service* as Chief of Medical Services Flight and Chief of Internal Medicine at the 51st Medical Group, Osan Air Base, Korea. |

## PROFESSIONAL LICENSURE:

Medicine and Surgery, State of Louisiana
    June 1999 - present    License no. L#13023R

Medicine and Surgery, Commonwealth of Pennsylvania
    May 1995 - Dec.2003 License no. MD-055529-L

## PROFESSIONAL CERTIFICATION / AFFILIATION:

Delta College Institutional/Occupational Program Advisory committee, Honorary Member
    August 2007 - present
Supervising Physician Certificate, registered as a supervising physician for physician assistants
    May 2004
Society of Correctional Physicians, Member
    March 2004
AIDS Planning Counsel, Corrections Subcommittee, Member
    September 2002 – December 2004
American College of Physicians, Member
    June 1998    Membership no. 1032141
Fundamental Critical Care Support Certification, Society of Critical Care Medicine
    Dec. 1997
Diplomat in Internal Medicine, American Board of Internal Medicine
    Aug. 1996    Certificate no. 166076
Diplomat, National Board of Medical Examiners
    July 1993    Certificate no. 423076
Advanced Cardiac Life Support Instructor/Provider
ACLS Affiliate Faculty (while at Malcolm Grow Medical Center)
Basic Life Support Instructor/Provider

**PRESENTATIONS:**

*The Challenges of a Career in Medicine*; guest lecturer, *Introduction to Clinical Medicine* seminar series; Tulane University, New Orleans LA; October 2008

*Antiretroviral Drug Interactions*; guest speaker; educational program for community HIV providers sponsored by the LA Office of Public Health and Abbott Laboratories; Bogalusa, LA; July 2008

*A New Day Has Begun: Excellence and Commitment in Health Care*; commencement speaker; Delta College commencement; Covington, LA; May 2008

*Leadership Under Fire*; a group discussion with political science students from the University of Pennsylvania; *No Ordinary Heroes* was required reading for the undergraduate course PS 298, *Leadership in Democracy*. I met with the students to discuss the challenges I faced leading the jail Medical Department during the crisis of Hurricane Katrina and the subsequent recovery of New Orleans. March 2008

*Hurricane Katrina and the Orleans Parish Jail*; guest speaker; Coquina Recreation Center, Elkton, FL; January 2008

*Disaster Preparedness – Lessons Learned from Katrina*; guest speaker; USCG Air Station, Belle Chase Louisiana; December 2007

*Making the Difficult Decisions*; guest lecturer, *Introduction to Clinical Medicine* seminar series; Tulane University, New Orleans LA; October 2007

*Hurricane Katrina and the Orleans Parish Jail*; guest speaker, Larry A. Jackson Lecture Series; Lander University, Greenwood SC; October 2007

*A Career in Medicine: Dedication and Commitment*; commencement speaker; Delta College commencement; Covington, LA; September 2007

Book Reading and Discussion, *No Ordinary Heroes*; Driscoll Antiques, New Orleans, LA; August 2007

Book Reading and Discussion, *No Ordinary Heroes*; Barnes and Noble; Metairie, LA; August 2007

Book Reading and Discussion, *No Ordinary Heroes*; Barnes and Noble; Mandeville, LA; August 2007

Book Reading and Discussion, *No Ordinary Heroes*; Octavia Books; New Orleans, LA; August 2007

*Disaster Preparedness and Response, Lessons Learned from Katrina*; guest speaker; Louisiana Sheriff's Association Annual Meeting; Lafayette, LA; March 2007

*Disaster Preparedness and Response, Lessons Learned from Katrina*; keynote speaker; Maryland Correctional Administrators Association – annual meeting; Ocean City, MD; November 2006

*Important Infections in the Correctional Environment*; guest speaker, Louisiana Sheriff's
    Association Annual Meeting, Lafayette, LA; March 2006

*Correctional Health Care*; Tulane Medical School, *Foundations in Medicine* course;
    Faculty lecturer, New Orleans, LA; Delivered bimonthly, Jan 2002 – May 2005

*Advanced Cardiac Care: Physiology, Dysrrhythmias, and ACLS Interventions*; Three day
    comprehensive review; New Orleans, LA; Sole instructor for this 20-hour course;
    October 2004

*Correctional Health Care: Challenges and Obstacles to Care*; Tulane Medical School,
    Grand Rounds; New Orleans, LA; October 2003

*HIV: Virology, Epidemiology, Natural History, and Treatment*; OPCSO mini-fellowship,
    New Orleans, LA; Sole instructor for this three day (32 hour) course; September 2003

Quality *Improvement in Correctional Medicine*; guest lecturer; UTMB HIV mini-fellowship;
    Galviston, TX; April, 2003

*Advanced Cardiac Care: Physiology, Dysrrhythmias, and ACLS Interventions*; Three day
    comprehensive review; Malcolm Grow USAF Medical Center; Andrews AFB, MD;
    Sole instructor for this 20-hour course; February 1999

*Renal Anatomy, Physiology, and Pathophysiology* and *Endocrine Disorders*; Critical Care Course;
    Malcolm Grow USAF Medical Center; Andrews AFB, MD; Course instructor; October 1998

*Advanced Cardiac Care: Physiology, Dysrrhythmias, and ACLS Interventions*; Three day
    comprehensive review; Malcolm Grow USAF Medical Center; Andrews AFB, MD;
    Sole instructor for this 20-hour course; August 1998

*Srub Typhus: An illness presenting with a wide clinical spectrum in U.S. personnel*; Grand
    Rounds, Malcolm Grow USAF Medical Center Grand Rounds; Andrews AFB, MD;
    July 1997

*Advanced Cardiac Care: Physiology, Dysrrhythmias, and ACLS Interventions*; Three day
    comprehensive review; Malcolm Grow USAF Medical Center, Andrews AFB, MD;
    Sole instructor for this 20-hour course; February 1997

*Advanced Cardiac Care: Physiology, Dysrrhythmias, and ACLS Interventions*; Three day
    comprehensive review; 51st Medical Group, Osan Air Base; Korea; One of two instructors for
    this 20-hour course; April 1996

*Recognition and Treatment of Life Threatening Dysrrhthmias*; Grand Rounds, 121st Army
    Hospital, Yongsan Army Garrison, ROK; Jan. 1996

*The Evaluation and Treatment of Hyperthyroidism*; Professional Staff Meeting, 51st Medical
    Group, ROK; Nov. 1995

*EMT Basic Course*; Two week training program to certify new EMTs; 51st Medical Group,
    Osan Air Base, Korea; Course instructor; December 1995

*Advanced Cardiac Care: Physiology, Dysrrhythmias, and ACLS Interventions*; Three day comprehensive review; 51st Medical Group, Osan Air Base, Korea; One of two instructors for this 20-hour course; October 1995

*Chronic Diarrhea*; Grand Rounds, Eglin USAF Medical Center, Pensacola, FL; Feb. 1995

*Chronic Diarrhea*; Grand Rounds, Keesler Medical Center, Keesler AFB, MS; Dec. 1994

*A case of Erythema Induratum Resolved with Antimicrobial Therapy*; Keesler Medical Center, Keesler AFB, MS; Oct. 1994

## PUBLIC RELATIONS / MEDIA APPEARANCES:

### Job-Related:

*Times-Picayune, St. Tammany Parish Metro Section*; coverage of a press conference where Sheriff Jack Strain (STPSO) and I discussed problems with mental health Services in the parish and their impact on the jail and local community; 8/07

WGNO-TV, News; interviewed with Sheriff Jack Strain (STPSO) regarding the lack of psychiatric services in the parish post-Katrina and the increase in mental illness among arrestees and inmates of the St. Tammany Parish Jail; 8/07

WWL-radio, live radio call-in show; interviewed along with Sheriff Jack Strain (STPSO) regarding the lack of psychiatric services in the parish post-Katrina and the increase in mental illness among inmates at the Jail; 6/07

BBC Documentary, *Prisoners of Katrina*; filmed a segment discussing the problems faced by the Orleans Parish Jail staff during and after Hurricane Katrina; 5/06

*New Orleans City Business, Orleans Parish Prison Doctor Recounts Heroic Experience*; interview 4/3/06

*New Orleans City Business, Caught off guard*; cover story 3/27/06

Press conference, multimedia-TV, radio, and newspaper; discussed a recent death at the jail and tuberculosis screening and treatment policies at the facility; 3/05

*Correct Care: A Publication of the National Commission on Correctional Health Care, New Orleans Jail Attains the Holy Grail*, NCCHC focus on healthcare at OPCSO; Volume 18, Issue 3, Summer 2004

Televised commercials; appeared in several television spots recruiting nurses for the Orleans Parish Jail's Medical Department; aired on several stations from 2/02 to 10/03

NOaccessTV (local cable access channel), *Public Safety with Sheriff Foti*; discussed the opening of the Orleans Parish Jail's new psychiatric building, Templeman 5; 10/03

*Gambit Weekly*, New Orleans, LA, *Letters to the Editor*; 2/4/03

NOaccessTV (local cable access channel), *Public Safety with Sheriff Foti*; discussed improvements in medical care at the jail (OPCSO); 11/02

Press conference, multimedia-TV, radio, and newspaper, discussed a recent death at the jail (OPCSO); 8/01

**Book-Related,** *No Ordinary Heroes***:**

National Publicity

 KDKA-AM, *The Morning News;* live interview 9/1/08

 Sirius Satellite/Catholic Channel, *Seize the Day*; live 11/26/07

 Sirius Satellite/Catholic Channel, *As You Think*; live 8/29/07

 USA Radio Network, *Daybreak USA*; aired on 130 stations; live 8/29/07

 Metro Networks News,2000 plus affiliate stations; interview taped 8/27/07

 Bloomberg Radio, *Weekend Muse*; aired on 750 stations & Sirius Satellite Radio; interview 8/25/07

 Go.Left,TV, *thealtreport,* internet

 PopMatters.com, RE: PRINT, the popmatters book blog, *Stories from Katrina*, 8/25/07

 *Southern Mom: life deep-fried and tasty*, blog, *Halle Berry is my Mama*; posted 8/25/07; http://soulprncs2.wordpress.com/

Print

 *WHERE Y'AT*, New Orleans, LA; book review 11/24/07 (December 2007 issue)

 *Index Journal*, Greenwood, SC, *Author tells how storm affected jail in Louisia*na; feature article 10/5/07

 *Index Journal*, Greenwood, SC, *Doctor to detail post-Katrina survival,* service; feature article 9/26/07

 *Lander In the News*, Lander University, Greenville, SC; *After Katrina – Prison doctor to detail survival, service in New Orleans prison*; feature article 9/25/07

 *Pittsburgh Tribune-Review*, Pittsburgh, PA, *Eye in the storm*; feature article 9/23/07 (also featured in the *Greensburg Tribune Review*, the *Valley News Dispatch*, and several other newspapers belonging to the "Trib Family".)

 *Advance Leader*, Plum, PA, *Inglese book describes efforts in hurricane-blasted prison*, feature article 9/12/07

 *St. Augustine Record*, St. Augustine, FL, *Doctor's book highlights hurricane horrors*; article with review 8/31/07; posted to staugustine.com

 *Murrysville Star*, Murrysville, PA, *FR alumnus pens book on Katrina effort*; feature article 8/29/07

 *The Ambush*, bimonthly periodical serving the TX, LA, MS, AL gulf coast; review 8/28/07; also posted to AmbushMag.com.

 *Penn-Franklin News*, Murrysville, PA, *Franklin grad authors book on experiences during Hurricane Katrina*; feature article 8/27/07

 *Penn Trafford News*, Penn Trafford and Harrison City, PA, *Franklin grad authors book on experiences during Hurricane Katrina*; feature article 8/27/07

 *Delmont Salem News*, Delmont and Greensburg, PA; review 8/27/07

 *Press Register*, Mobile, AL, *Two years later, new books on Katrina abound*; this review of all the Katrina literature specifically highlights and recommends *No Ordinary Heroes*; 8/25/07; posted to al.com

 *Gambit Weekly*, New Orleans, LA, *Medical Intervention*; feature article 8/14/07

 *Index Journal*, Greenwood, SC, *Doctor's writing highlights Hurricane Katrina horrors*; feature article 8/19/07

*The Oklahoman*, Oklahoma City, OK; listed in Book Section and included on
    NewsOk.com 8/19/07
*Star Beacon*, Ninety Six, SC, *Area couple's doctor son writes about Katrina*;
    Feature article 8/15/07
*New Orleans Times-Picayune*; review 8/5/07
*Asbury Park Press*, New Jersey, *Shelf Life*; mention 8/5/07
*Herald-Tribune*, Sarasota, FL, *New Books*; mention 8/5/07
*The Daily Advertiser*, Lafayette, LA, *Louisiana Book News*; column 8/5/07
*The Octavian*, New Orleans, LA; listing and book description; 8/1/07
*Deseret Morning News*, Salt Lake City; review 7/27/07
*New Orleans City Business*, *Why Stay?*; feature article 7/9/07
*New Orleans Times-Picayune*, The Essential Hurricane Katrina Nonfiction
    *List*; listing 7/8/07
*Kirkus Reviews*; starred review 6/15/07
*Publishers Weekly*; review 5/28/07


Postings
    coqinadaily.blospot.com, event listing, 1/8/08
    nolablogger@blogspot.com
    savannahnow.com (links to NOLA posting of *Times-Picayune* Review)
    NOLAblogger.com (Times-Picayune "*Essential Hurricane…*" listing, 8/8/07
    NOLA.com (*Times-Picayune* review)
    NOLA.com, *Hell and Heroes in the OPP*, 20 minute audio/video with written
        article; 8/28/07; also posted to blob.nola.com/bourbon (*Bourbon Street
        Journal)* and to coquinadaily.blogspot.com (Elkton, FL)
    altweekly.com (links to *Gambit* article)
    Amazon.com; book description along with editorial and reader reviews; 8/1/07
    barnesandnoble.com; book description along with editorial and reader reviews;
        7/31/07


Local New Orleans Media
    WRNO-FM, *The Jim Brown Show*; live interview 10/8/07
    WGNO-TV, *ABC26 This Week*; taped interview, aired 9/9/07; (available at
        ABC26.com)
    WGSO-AM, the *Bernie Cyrus Show*; live radio call-in show 9/3/07
    *WYLD-FM, Sunday Journal*; live interview 9/2/07
    NOLA.com; taped video/audio interview posted with a written review; 8/29/07
    WGNO-TV, *The 411*; taped interview, aired 8/26
    *Gambit Weekly*, review 8/15/07
    WWL-TV, *Morning News*; live interview 8/15/07
    WIST-AM, *Shane Warner Show*; live interview 8/14/07
    WWL-TV, *Sunday Morning*; taped interview, aired 8/12/07
    WWL-AM, *The Spud Show*; live interview 8/8/07
    WRNO-FM, *The Jim Brown Show*; live interview 8/7/07
    *New Orleans Times-Picayune*; review, 8/5/07

Local Radio (outside New Orleans)

| | |
|---|---|
| Baton Rouge, LA | WJBO-AM, News; live 8/28/07 |
| Bridgeport, CT: | WICC-AM, *David Smith's Exchange*; live 8/13/07 |
| Kansas City, MO: | KULH-FM, *The Wave Wake Up Call*; taped 8/6/07 |

Book Signings

Lander University, Greenwood, SC, 10/4/07
Driscoll Antiques, Oak Street, New Orleans, LA (Maple Street Book Shop
    sponsoring event); 8/25/07
Barnes & Noble, 3721 Veterans Memorial Blvd. Metairie, LA 70002; 8/18/07
Barnes & Noble, 3414 Highway 190, Suite 10, Mandeville, LA 70470; 8/11/07
Octavia Books, 513 Octavia Street, New Orleans, LA 70115; 8/7/07
Book Expo America (BEA), New York, NY; 6/2/07

Event Listings

NOLAFunGuide.com
BestofNewOrleans.com
2theadvocate.com; 8/5 and 8/12/07
*New Orleans Times-Picayune, Saturday Calendar*; 8/18/07

## ABSTRACTS:

Inglese RD, Gasser RA Jr. Scrub Typhus: an illness presenting with a wide clinical spectrum in
    U.S. personnel. Society of Air Force Physicians (Air Force Region, American College of
    Physicians), Dayton, OH, March 1997.

Inglese RD, Sitton BJ. A case of erythema induratum resolved with antimicrobial therapy.
    Southern Medical Association, Orlando, FL, November 1994.

## RESEARCH EXPERIENCE:

University of Pennsylvania Medical Center, Philadelphia, PA
    The Institute for Environmental Medicine
    Full-time: Aug. 1988 - Aug. 1989;  Part-time: Aug. 1989 - May 1992
        Investigated oxygen toxicity in man and animals, and the isobaric counterdiffusion
        of inert gases.

Case Western Reserve University, Cleveland, OH
    Department of Developmental Genetics and Anatomy, Aug. 1985 - May 1986
        Investigated the interaction of mRNA with the cytoskeleton of HeLa cells.

Department of Pathology, Aug. 1985 - Dec. 1985
        Studied the structure and solubility of the paired helical filaments which exist within
        the neurofibrillary tangles of Alzheimer's disease.

To:   Mr. Bradley Lewis
      Talley, Anthony, Hughes, and Knight

From: Dr. R. Demaree Inglese, M.D.

Date: September 3, 2009

Re:   Mr. Randy Ray Carson (DOB: 5/22/62)

Mr. Lewis,

I have prepared a summary of the medical treatment provided to Mr. Randy Carson during his incarceration with the St. Tammany Parish Sheriff's Office (STPSO) from October 15, 2007 though May 11, 2009. The pertinent details are discussed below.

Mr. Carson was booked into the St. Tammany Parish Jail on October 15, 2007 at 1925 hours. Several hours later, he underwent an *Intake Medical Screening* and reported a history of testicular cancer, hemochromatosis, prior venous thrombosis (blood clots), and bipolar illness. Mr. Carson reported taking the prescription medications Risperdal, Prozac, Lithium, and Visteril. He admitted to active marijuana use, but his intake drug screen was positive for both cocaine and marijuana. He appeared stable on visual observation without "obvious illness, staggering, slurred speech, confusion, lethargy, alteration of consciousness, or hostile, irrational, or bizarre behavior". In addition, Mr. Carson did not appear "despondent or depressed or voice suicidal ideation". On physical examination, Mr. Carson's blood pressure was 94/61, and his pulse was 55 beats per minute. He did not demonstrate any signs of withdrawal such as "anxiety, sweating, or tremors". When asked, Mr. Carson reported that he was feeling "alright". He denied recent suicidal thoughts or a history of prior suicide attempt.

At the completion of the screening, Mr. Carson signed the screening form to document the veracity of the information and also to acknowledge that he was provided with information regarding medical services at the jail (which is written on the screening form). Afterwards (0420 on October 16th), the screening nurse (Jan Ricca) contacted the on-call physician (Dr. Inglese) for orders. I did not order any medication at that time as Mr. Carson *had not been taking medications at home* for his hemochromatosis, venous thrombosis, or testicular cancer. Psychiatric medications were not ordered either due to Mr. Carson's active drug use. (This is the standard STPSO policy that was established by our Director of Psychiatric Services, Dr. Michael Higgins, an expert in forensic psychiatry.) I did, however, order a medical sick call appointment for October 23rd as well as a priority psychiatry appointment.

1

Mr. Carson saw the psychiatrist (Dr. Higgins) on October 19th and was diagnosed with bipolar illness. Prozac, Risperdal, and Lithium were ordered.

On October 20, 2007, Mr. Carson had a routine *Health Assessment* performed. He again reported a past history of testicular cancer, hemochromatosis, venous thrombosis, and bipolar illness; however, Mr. Carson *denied any current complaints*. His vital signs were quite stable with a blood pressure of 94/63. His weight was 167 lbs. At the conclusion of the evaluation, Mr. Carson signed the assessment form (which again provided information about jail medical services).

I saw Mr. Carson for his scheduled October 23rd sick call appointment. During the encounter, Mr. Carson related that his testicular cancer had been diagnosed approximately 12 years earlier and treated with orchiectomy, radiation, and chemotherapy. Mr. Carson stated that he had been released from follow up "2 years ago". Mr. Carson related a history of hemochromatosis (a disease of iron storage that can injure the liver and other organs). However, Mr. Carson stated that *he had not gone for follow-up care "since Katrina"* (over two years). Additionally, Mr. Carson had been diagnosed with a deep vein blood clot 3 years previously. He had been placed on blood thinners for the condition (Coumadin) but had discontinued those medications against physician's advice. (He had not taken the Coumadin in over 1 year.) Mr. Carson appeared stable and had normal vital signs at the time. Consequently, I ordered baseline labs to assess Mr. Carson's medical problems as well as a follow-up appointment in "7 to 14 days". (Of note, Mr. Carson refused to be placed back on Coumadin so I ordered aspirin as a "blood thinner".)

Mr. Carson was brought back for his follow-up appointment on October 31st (8 days later). However, Mr. Carson had refused his blood draw; thus, labs were not available. Mr. Carson again reported that he had not had follow-up care for his hemochromatosis since Katrina (August of 2005). He also reiterated that he did not want any Coumadin. I ordered labs to be done that day as Mr. Carson was already physically in the medical clinic. The labs were drawn, and a follow-up appointment was scheduled.

I saw Mr. Carson again on November 14, 2007, and reviewed his lab results with him. They confirmed his report of hemochromatosis. On that date, I requested a specialty appointment for Mr. Carson with Hematology Clinic at the Medical center of Louisiana at New Orleans (MCLNO). [Medical records show that the referral was indeed sent.] I also addressed several minor issues during the appointment, including dry skin. (Mr. Carson was given skin lotion and selsun shampoo at no charge.)

Following the November 14th appointment, Mr. Carson began submitting sick call requests asking for dental care and glasses. He had not sought dental or eye care prior to his arrest. However, the STPSO Medical Department provided him with reading glasses (free of charge) and scheduled the first of *many* dental appointments, including referrals to MCLNO for specialty dental services

2

Received Time Sep. 4. 1:58PM

Mr. Carson *had been seen 6 times in his first month* of incarceration, more than once each week. Despite this, he began submitting a profusion of sick call requests. Mr. Carson's care at the jail was quite extensive, and providers struggled to keep up with his frequent medical, psychiatric, and dental requests. In addition, Mr. Carson was an extremely difficult patient. Providers were frequently subject to belligerent behavior and threats of lawsuits. Moreover, He was a very noncompliant patient, abusing his prescribed medications and, at times, refusing care altogether. It would be impossible for me to provide a chronologic summary of each clinical encounter (as they are so numerous), so I will summarize the pertinent issues surrounding each of his primary medical problems. These problems are addressed individually below.

### 1. Hemochromatosis

As mentioned above, Mr. Carson had not sought medical care for this chronic medical condition for well over two years prior to his arrest. I referred him to MCLNO as soon as labs returned confirming the diagnosis and required treatment (November 14, 2007). By January of 2008, we still had not received an appointment, so on 01/17/08, we re-requested a Hematology Clinic appointment. MCLNO scheduled that appointment for Mr. Carson him on January 29, 2008 at 0900. However, MCLNO did not notify the jail of that appointment until 1315 on the 29th. Obviously Mr. Carson could not attend the visit.

Jail medical immediately requested another appointment for Mr. Carson, and MCLNO scheduled one for 02/19/08. However, once more, the jail was notified too late for Mr. Carson to attend. (We had spoken about this issue with MCLNO scheduling on multiple occasions.) Once more, Jail Medical requested an appointment (on 02/21/08). On 03/03/08, medical was notified of a 03/11/08 appointment for Mr. Carson. Mr. Carson attended that appointment, had labs drawn, and was scheduled to report to Phlebotomy Clinic on 04/11/08 for blood removal. (The treatment for hemachromatosis is repeated blood draws until the patient losses sufficient iron.)

Mr. Carson was taken to Phlebotomy Clinic for his scheduled appointment. After this, he was seen quite frequently by the Phlebotomy Clinic. He was taken to clinic on the following dates: 04/25, 05/02, and 05/06. A 05/09 Phlebotomy Clinic appointment had to be rescheduled as Mr. Carson had a 05/09 appointment with the MCLNO Surgery Clinic. (The surgery appointment had been requested by Hematology Clinic in order to obtain a liver biopsy.)

Mr. Carson had his liver biopsy on 05/09. Following this, he attended an appointment for phlebotomy on 05/16. At the conclusion of that visit, the Phlebotomy Clinic referred Mr. Carson back to Hematology Clinic. In addition, Mr. Carson had follow up with Surgery Clinic on 06/23/09. Surgery Clinic also referred him back to Hematology Clinic.

3

Jail medical requested a return visit to Hematology Clinic (as specified by both Surgery and Phlebotomy Clinics) and was given a date of 08/06/08. Mr. Carson attended the appointment. After reviewing Mr. Carson's biopsy results, Hematology Clinic referred him back for more phlebotomy.

The jail promptly requested the appointment from the MCLNO scheduling office. However, we were unable to secure an appointment. The jail's appointment scheduling clerk, Ms. Rhonda Burkhead, faxed and called MCLNO weekly, attempting to secure an appointment. However, she was unable to obtain a date. She tried speaking with the scheduling office and with both Phlebotomy and Hematology Clinics, but to no avail. Appointments continued to be cancelled or rescheduled by MCLNO for various reasons (which are all documented in Mr. Carson's extensive medical record).

By that time, I had gotten involved and was periodically calling MCLNO to request assistance. When we still could not secure an appointment, I began aggressively calling the MCLNO scheduling office and Hematology and Phlebotomy Clinics. I also began recording the dates of my calls for the medical record. I called MCLNO on the following dates: 10/21/08, 10/22, 10/23, 10/27, 10/28, 10/29, 10/30, 10/30 (again), 11/6, and 11/06 (again). Despite these myriad attempts we still experienced significant difficulties obtaining Mr. Carson's required phlebotomy appointments. In fact, we had problems even getting scheduling or clinics to return our calls. (I have enclosed pertinent excerpts from the medical record as documentation.)

In late October, we even tried obtaining phlebotomy at another facility. We attempted to schedule an appointment with Earl K. Long Medical Center in Baton Rouge. However, they would not see Mr. Carson as he was an established patient at MCLNO. (Please see excerpt from Mr. Carson's medical record.)

I also sent hand-written notes to the Hematology Clinic with deputies who were transporting other inmates to MCLNO. These notes explained the problems we were having obtaining an appointment for Mr. Carson. (Please see excerpt from Mr. Carson's medical record.)

By mid November 2008, we were finally able to get Mr. Carson successfully re-established in Phlebotomy Clinic. He continued with his therapy throughout the remainder of his incarceration. Mr. Carson left the custody of STPSO on May 11, 2009. Importantly, Mr. Carson returned to our jail from The Department of Correction on July 28, 2009. He had not received any phlebotomy since his release from our facility in May.

In summary, Mr. Carson had not received any treatment for his hemachomatosis for over two years prior to his arrest. The jail Medical Department requested a specialty appointment for Mr. Carson soon after his arrival at our facility and consistently brought him to scheduled visits. There was a several month interruption in Mr. Carson's phlebotomy appointments; however, that interruption was beyond our control. The medical staff at the jail went to "heroic" measures to procure Mr. Carson's appointments, even attempting to schedule appointments at an alternative hospital. When Mr. Carson left our jail, he did not continue with his treatments. Most certainly, Mr. Carson did not experience any deleterious effects from the delay in his treatments given his noncompliance with care prior to and after leaving our facility. Moreover, the delay was certainly not due to any indifference on the part of the jail medical staff.

## 2. Poor Dentition

Mr. Carson arrived at the jail with extremely poor dentition due to years of neglecting his oral care. Some of his dental issues may also have been the result of his prior chemotherapy or radiation. Mr. Carson was seen numerous times by our on-site dentist. However, many of his problems were far advanced, requiring specialty dental care beyond the scope of our facility. When these issues arose, Mr. Carson was promptly referred to MCLNO Oral Surgery and was taken to scheduled appointments as requested by the surgeon.

Mr. Carson had multiple teeth extracted during his incarceration, and he was placed on a soft diet to assist him with eating. He continued to complain that he could not eat enough of the jail food and requested dietary supplements. Concerned for his wellbeing, I ordered him several cans of Ensure (a liquid dietary supplement) and a multivitamin each day. Mr. Carson received the Ensure for many months. However, I eventually discontinued the Ensure. Mr. Carson had gained a tremendous amount of weight. He arrived at the jail weighing 167 lbs but, by March 5, 2009, his weight had skyrocketed to 213 lbs. He had gained 46 lbs! When I stopped the Ensure, Mr. Carson accused me of indifference and retribution. This was most certainly not the case. Mr. Carson was clearly able to sustain himself on the jail diet, and the extra calories were impacting his health dangerously.

In summary, Mr. Carson had neglected his dental care terribly prior to his arrest. At the St. Tammany jail, he received comprehensive oral care, including surgical interventions at MCLNO.

### 3. Venous Thrombosis

Mr. Carson had a history of prior deep venous thrombosis (DVT). DVTs are potentially life threatening, and thousands of persons in the U.S. die each year from such clots. Mr. Carson was not taking his prescribed medication for this illness (Coumadin) when he arrived at the jail. During his appointments in medical, I repeatedly encouraged Mr Carson to comply with anticoagulation therapy. However, he repeatedly refused. Mr. Carson did not suffer any deleterious effects from his refusal, but, once more, he demonstrated a propensity to neglect his health.

### 4. Mental Illness

Mr. Carson arrived at the jail with the diagnosis of "Biploar Affective Disorder (BAD)". He was receiving psychotropic medications (mental health drugs) at the time of booking, but he was also abusing drugs. Our established protocols were followed when he arrived (hold nonessential psychiatric drugs until seen by the psychiatrist). Mr. Carson was evaluated by the psychiatrist promptly after his booking (4 days), and appropriate therapy was instituted. Mr. Carson was seen repeatedly for follow up through his incarceration.

Some of Mr. Carson's psychiatric medications were discontinued during his incarceration. Mr. Carson alleged that this was indifference to his medical needs or an attempt to "punish" him. That most certainly was not the case. We were monitoring Mr. Carson's therapy by checking blood levels of his prescribed medication. Those levels showed definitely that he was not taking his medication as prescribed. I stopped some of his medications *after discussing the issue extensively with Dr. Higgins*, the psychiatrist. We both agreed on this therapeutic decision. It was in no way a punitive measure.

### 5. Musculoskeletal Pain

Mr. Carson repeatedly submitted sick call requests reporting neck pain and other musculoskeletal problems. Examinations never revealed any significant problem, and Mr. Carson was often markedly noncompliant with examination. I believed that his complaints were an attempt to procure "pain killers" from the jail physicians. Mr. Carson was a known drug abuser (positive intake drug screen), and had demonstrated abuse of his prescribed medications during incarceration. He never related any worrisome symptoms or demonstrated any significant objective findings on physical examination. Consequently, the "pain killer" he repeatedly requested was unnecessary. The other jail physicians and I were not indifferent to Mr. Carson's complaints. We saw him frequently and rapidly after each sick call requests. Moreover, we performed exhaustive

6

Received Time Sep. 4. 1:58PM

examinations. However, it was our consensus opinion that Mr. Carson was malingering for drugs to abuse.

## 6. Additional Comments

Mr. Carson was an extremely difficult patient during his incarceration at the St. Tammany Parish Sheriff's Office. He repeatedly abused the nursing staff, yelling and swearing at them. (Please see the medical record for details.) In addition, he regularly threatened providers with lawsuits, and wrote foul, derogatory comments on his sick call requests. He repeatedly abused his prescribed medications and actively sought out mood altering drugs. Mr. Carson was noncompliant with doctors' examinations and with prescribed treatments, and he abused the entire sick call system by submitting a profusion of requests each week, often several on one day. Despite his behavior, the jail medical staff treated him humanely and showed a tremendous amount of attention to his medical care. We went to exhaustive measures to obtain necessary treatments for him. We regularly provided Mr. Carson with special lotions, soap, and shampoo because he was indigent and could not purchase these items from the commissary. (The majority of inmates are forced to use "state soap" if they have no funds available for commissary. However, we provided these items to Mr. Carson- in addition to glasses which are not provided to most inmates.)

In conclusion, the Medical Department of the St. Tammany Parish Jail provided Mr. Carson with excellent health care during his incarceration. He was seen frequently and in a timely fashion whenever he submitted a sick call request. He was treated by qualified physicians and nurses who strove to give him excellent care despite his terrible abuse of the staff. Mr. Carson was referred for specialty care when his needs exceeded on-site capabilities, and jail staff went to extensive lengths to help him secure those appointments. Mr. Carson had neglected his medical care for years prior to his arrest, and many of his problems were quite advanced when he arrived. However, the jail treated his illnesses, and his state of health was significantly improved when he left our facility. No action or inaction on the part of jail staff negatively impacted Mr. Carson's short- or long-term health.

Sincerely,

R. Demaree Inglese, M.D.
Medical Director, STPSO

7